NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-511

STATE OF LOUISIANA

VERSUS

PAUL EDWARD WARE, JR.

************

APPEAL FROM THE
TWENTY-SEVENTH JUDICIAL DISTRICT COURT,
PARISH OF ST. LANDRY, NO. 02-1699,
HONORABLE JAMES T. GENOVESE, DISTRICT JUDGE

************

MICHAEL G. SULLIVAN
JUDGE

************

Court composed of Oswald A. Decuir, Michael G. Sullivan, and Elizabeth A.
Pickett, Judges.

AFFIRMED.

Earl B. Taylor
  District Attorney
Alisa Ardoin Gothreaux
  Assistant District Attorney
Post Office Drawer 1968
Opelousas, Louisiana  70571
(337) 948-0551
Counsel for:
    State of Louisiana

**Kenota Pulliam Johnson**
**Louisiana Appellate Project**
**Post Office Box 5781**
**Shreveport, Louisiana   71135-5781**
**(318) 459-1885**
**Counsel for Defendant/Appellant:**
**     Paul Edward Ware, Jr.**